IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER PIPPIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-CV-00744-GKF-FHM |
| ) | |
| HARVARD FAMILY PHYSICIAN ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED BY AND BETWEEN the Plaintiff, Amber Pippin and the Defendant, Harvard Family Physicians, P.C., (collectively "Parties"), by and through their respective attorneys of record, that the above styled cause of action, including all claims and affirmative defenses is hereby and herein dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties, by filing this Joint Stipulation of Dismissal with Prejudice advise the Court that all issues between the Parties to the present litigation have been fully and finally resolved and each Party will bear its own attorney's fees and costs.

ANDREW & WILLIAMS
A Professional Corporation
2120 East 15th Street
Tulsa, Oklahoma 74104-4646
Telephone: (918) 583-1111
Facsimile: (918) 587-4414

By: s/Stephen L. Andrew
Stephen L. Andrew, OBA #294
Renee Williams, OBA #13061
Attorneys for the Defendant,
Harvard Family Physicians, P.C.

1

OXFORD LEHR, PLLC
9 East 4th Street, Suite 600
Tulsa, Oklahoma 7403
(918) 884-6016
(888) 424-7080 (Facsimile)


By: <u>s/Benjamin Oxford</u>
Benjamin Oxford, OBA #22259
Hans Otto Lehr, OBA #30622
Attorneys for Plaintiff, Amber Pippin

(Signed by filing attorney with permission)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 13, 2015, the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Steve Andrew
Renee Williams

There are no parties who require manual service.

<u>s/ Benjamin Oxford</u>

2